NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRAGMATUS AV, LLC,**
*Appellant,*

**v.**

**YOUTUBE, LLC AND GOOGLE INC.,**
*Appellees.*

---

2014-1407

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,649.

---

**ON MOTION**

---

**O R D E R**

Pragmatus AV, LLC moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw this appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                           PRAGMATUS AV, LLC v. YOUTUBE, LLC

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: April 23, 2014